1
2
3
4
5
6
7

**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**DANA C. JOHNSON, SBN 187341**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5697**
**Fax No. (415) 625-5657**
**E-Mail Address dana.johnson@eeoc.gov**

**Attorneys for Plaintiff EEOC**

8
9
10

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **Case No.** |
| **Plaintiff,** | **COMPLAINT** |
| **v.** | **JURY TRIAL DEMAND** |
| **KOBRA ASSOCIATES, INC. d/b/a JACK IN THE BOX** | |
| **Defendant.** | |

17
18
19
20
21
22
23
24
25
26
27
28

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race, and to provide appropriate relief to Tammy Bright and similarly situated female employees who were adversely affected by such practices. As alleged with greater particularity in paragraphs 7 and 8 below, Tammy Bright's employer, Defendant Kobra Associates, Inc. d/b/a Jack in the Box, subjected her and other female employees to a sexually hostile environment consisting of sexual and sexist slurs and comments, and unwelcome touching.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the

1   Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102

2   of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

3   2.    The employment practices alleged to be unlawful were committed in Butte County,

4   California, within the jurisdiction of the United States District Court for the Eastern District of

5   California

6   PARTIES

7   3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the

8   agency of the United States of America charged with the administration, interpretation and

9   enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3)

10  of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

11  4.    At all relevant times, Defendant Kobra Associates Inc. d/b/a Jack in the Box (the

12  "Employer"), has continuously been a business entity doing business in the Eastern District of the State

13  of California and has continuously had at least 15 employees.

14  5.    At all relevant times, Defendant Employer has continuously been an employer engaged

15  in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42

16  U.S.C. § 2000e(b), (g) and (h).

17  STATEMENT OF CLAIMS

18  6.    More than thirty days prior to the institution of this lawsuit, Tammy Bright filed a

19  charge with the Commission alleging violations of Title VII by Defendant Employer.  All conditions

20  precedent to the institution of this lawsuit have been fulfilled:  the EEOC received a timely charge of

21  discrimination and notified Defendant thereof; the EEOC conducted some investigation into the

22  charge; the EEOC found cause to believe that discrimination had taken place; and, prior to initiation of

23  suit, the EEOC engaged in good faith efforts to conciliate the matter.

24  7.    Since at least 2006, Defendant Employer has engaged in unlawful employment practices

25  at its facility located at 6729 Skyway Street, Paradise, California, in violation of Section 703(a) of Title

26  VII, 42 U.S.C. § 2000e-2(a).   Specifically, Defendant Employer, through its managerial employee,

27  Richard Bartels, and other employees, created a sexually hostile environment by engaging in sexually

28  offensive comments and suggestion and sexist slurs against Tammy Bright and similarly situated

COMPLAINT

1 | female employees, including but not limited to suggesting that beneficial terms and conditions of

2 | employment might be conferred in exchange for engaging in sexual activity, commenting upon

3 | secondary sexual features such as breasts and buttocks of female employees and deriding the

4 | intelligence of female employees.

5 | 8. On or about late July, 2007, Defendant Employer engaged in an unlawful employment

6 | practice at its Paradise, California facility, in violation of Section 703(a) of Title VII, 42 U.S.C. §

7 | 2000e-3(f)(3) by constructively discharging Tammy Bright as a result of the sexually hostile

8 | environment.

9 | 9. The effect of the practices complained of in paragraphs 7 and 8 above has been to

10 | deprive Tammy Bright and similarly situated female employees of equal employment opportunities and

11 | otherwise adversely affect their status as employees, because of their sex, female.

12 | 10. The unlawful employment practices complained of in paragraphs 7 and 8 above were

13 | intentional.

14 | 11. The unlawful employment practices complained of in paragraphs 7 and 8 above were

15 | done with malice or with reckless indifference to the federally protected rights of Tammy Bright and

16 | similarly situated female employees.

17 | <u>PRAYER FOR RELIEF</u>

18 | Wherefore, the Commission respectfully requests that this Court:

19 | A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents,

20 | servants, employees, attorneys, and all persons in active concert or participation with them, from

21 | engaging in sex harassment and constructive discharge.

22 | B. Order Defendant Employer to institute and carry out policies, practices, and programs

23 | which provide equal employment opportunities for female employees, and which eradicate the effects

24 | of its past and present unlawful employment practices.

25 | C. Order Defendant Employer to make whole Tammy Bright, by providing appropriate

26 | backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief

27 | necessary to eradicate the effects of its unlawful employment practices.

28 | ///

COMPLAINT

1    D.    Order Defendant Employer to make whole Tammy Bright by providing compensation

2    for past and future pecuniary losses resulting from the unlawful employment practices described in

3    paragraphs 7 and 8 above, including medical expenses not covered by the Employer's employee benefit

4    plan, in amounts to be determined at trial.

5    E.    Order Defendant Employer to make whole Tammy Bright and similarly situated female

6    employees by providing compensation for past and future nonpecuniary losses resulting from the

7    unlawful practices complained of in paragraphs 7 and 8 above, including emotional pain, suffering,

8    inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

9    F.    Order Defendant Employer to pay Tammy Bright and similarly situated female

10    employees punitive damages for its malicious and reckless conduct described in paragraphs 7, 8, 10

11    and 11 above, in amounts to be determined at trial.

12    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

13    H.    Award the Commission its costs of this action.

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

4

COMPLAINT

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

JAMES L. LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street N.E.
Washington, D.C.  20507

Date:  December 22, 2009

_/s/ as authorized on 12/22/09_
WILLIAM R. TAMAYO
Regional Attorney

Date:  December 22, 2009

/s/ as authorized on 12/22/09
DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

Date:  December 22, 2009

_/s/_
DANA C. JOHNSON
Senior Trial Attorney

Attorneys for Plaintiff EEOC

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260

5

COMPLAINT