UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY        No. 2:09-cv-03546-MCE-JFM
COMMISSION,

       Plaintiff,

  v.                                  **RELATED CASE ORDER**

KOBRA ASSOCIATES, INC. dba
JACK IN THE BOX,

       Defendant.
_____/

In re:

FOOD SERVICE MANAGEMENT,            No. 2:10-cv-01032-WBS
INC.,
                                    Bankruptcy No. 09-40066-C-11
       Debtor

BEVERLY N. McFARLAND,

       Appellant,

  v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Appellee.
_____/

///

1

1    The Court has received the Notice of Related Case filed on
2    April 30, 2010.

3    Examination of the above-entitled civil actions reveals that
4    these actions are related within the meaning of Local Rule 123(a)
5    (E.D. Cal. 1997).  The actions involve many of the same
6    defendants and are based on the same or similar claims, the same
7    property transaction or event, similar questions of fact and the
8    same questions of law, and would therefore entail a substantial
9    duplication of labor if heard by different judges.  Accordingly,
10   the assignment of the matters to the same judge is likely to
11   effect a substantial savings of judicial effort and is also
12   likely to be convenient for the parties.

13   The parties should be aware that relating the cases under
14   Local Rule 123 merely has the result that both actions are
15   assigned to the same judge; no consolidation of the action is
16   effected.  Under the regular practice of this court, related
17   cases are generally assigned to the district judge and magistrate
18   judge to whom the first filed action was assigned.

19   IT IS THEREFORE ORDERED that the action denominated 2:10-cv-
20   01032-WBS, Beverly N. McFarland v. Equal Employment Opportunity
21   Commission is reassigned to Judge Morrison C. England, Jr. for
22   all further proceedings.  Henceforth, the caption on documents
23   filed in the reassigned case shall be shown as 2:10-cv-01032-MCE.
24   ///
25   ///
26   ///
27   ///
28   ///

2

    IT IS FURTHER ORDERED that the Clerk of the Court make
appropriate adjustment in the assignment of civil cases to
compensate for this reassignment.

    IT IS SO ORDERED.

Dated: May 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE