William R. Tamayo, SBN 084965
David F. Offen-Brown, SBN 063321
Dana C. Johnson, SBN 187341
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657
E-Mail dana.johnson@eeoc.gov

ATTORNEYS FOR PLAINTIFF EEOC

Jeffrey S. Bosley, CA SBN 167629
Email: jbosley@winston.com
Richard A. Lapping, CA SBN 107496
Email: rlapping@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

ATTORNEYS FOR THE DULY
APPOINTED CHAPTER 11 TRUSTEE
OF DEFENDANT AND DEBTOR
KOBRA ASSOCIATES, INC.,
BEVERLY N. MCFARLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>          Plaintiffs,<br>     vs.<br>Kobra Associates, Inc. d/b/a Jack In The Box,<br><br>          Defendant. | **Case No. 2:09-CV-03546 MCE JFM**<br><br>**JOINT STIPULATION AND ORDER FOR CONTINUED STAY** |

  WHEREAS this matter was filed by the Equal the Equal Employment Opportunity Commission ("EEOC") on December 22, 2009;

  WHEREAS Defendant Kobra Associates, Inc. ("KIA") filed a Motion to Dismiss or Strike Claims for Injunctive Relief on April 5, 2010;

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:09-cv-03546-MCE-JFM   Document 22   Filed 08/11/10   Page 2 of 2

WHEREAS the EEOC filed an Opposition to KIA's Motion To Dismiss or Strike Claims for Injunctive Relief on April 27, 2009 and a Motion to Postpone Hearing pursuant to Rule 56(f);

WHEREAS the parties are engaged in discussions concerning the potential resolution of this matter and/or the pending motions; and

WHEREAS the parties both agree additional time to complete these discussions would be beneficial;

IT IS THEREFORE STIPULATED AND AGREED, between the parties, subject to Court approval, that this matter be stayed until October 18, 2010.  This stay includes, but is not limited to, all deadlines relating to pending motions and related briefs.

Dated:  August 10, 2010         WINSTON & STRAWN LLP

By: /s/ Jeffrey S. Bosley
Jeffrey S. Bosley
Attorneys for the Duly Appointed Chapter 11 Trustee of Defendant and Debtor Kobra Associates, Inc., Beverly N. McFarland

Dated:  August 10, 2010         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Dana C. Johnson
Dana C. Johnson
Attorneys for Plaintiff EEOC

IT IS SO ORDERED.

DATED: August 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUED STAY
Case No. 2:09-CV-03546 MCE JFM

PDF created with pdfFactory trial version www.pdffactory.com