WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
SIRITHON THANASOMBAT, SBN 270201
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5671
Fax No. (415) 625-5657
E-Mail Address: sirithon.thanasombat@eeoc.gov

Attorneys for Plaintiff EEOC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br><br>   Plaintiff,<br><br>vs.<br><br>**KOBRA ASSOCIATES, INC. d/b/a JACK IN THE BOX,**<br><br>   Defendant. | Case No.  2:09-CV-03546-MCE-JFM<br><br>**PLAINTIFF EEOC'S REQUEST FOR VOLUNTARY DISMISSAL AND ORDER** |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the resolution of the case through bankruptcy proceedings, Plaintiff U.S. Equal Employment Opportunity Commission hereby requests that this action be dismissed without prejudice.

//

//

//

//

//

//

//

Plaintiff EEOC's Request for Voluntary Dismissal
Case No.: 2:09-CV-03546-MCE-JFM

Respectfully submitted,

Dated: June 15, 2012

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: __/s/ Sirithon Thanasombat_____
Sirithon Thanasombat

Attorney for Plaintiff EEOC

IT IS SO ORDERED.

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Joint Status Report and Stipulation and Order
for Continued Stay
Case No.: 2:09-CV-03546-MCE-JFM

1