1  WILLIAM R. TAMAYO, SBN 084965
2  DAVID F. OFFEN-BROWN, SBN 063321
   SIRITHON THANASOMBAT, SBN 270201
3  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
5  Telephone No. (415) 625-5671
   Fax No. (415) 625-5657
6  E-Mail Address: sirithon.thanasombat@eeoc.gov

7  Attorneys for Plaintiff EEOC

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | Case No. 2:09-CV-03546-MCE-JFM |
12 | Plaintiff, | **PLAINTIFF EEOC'S REQUEST FOR VOLUNTARY DISMISSAL AND ORDER** |
13 | vs. | |
14 | **KOBRA ASSOCIATES, INC. d/b/a JACK IN THE BOX,** | |
15 | Defendant. | |

17

18  PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(2) of the Federal Rules

19  of Civil Procedure and the resolution of the case through bankruptcy proceedings,

20  Plaintiff U.S. Equal Employment Opportunity Commission hereby requests that this

21  action be dismissed without prejudice.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Plaintiff EEOC's Request for Voluntary Dismissal
Case No.: 2:09-CV-03546-MCE-JFM

Respectfully submitted,

Dated: June 15, 2012

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: __/s/ Sirithon Thanasombat_____
Sirithon Thanasombat

Attorney for Plaintiff EEOC

IT IS SO ORDERED.

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Joint Status Report and Stipulation and Order
for Continued Stay
Case No.: 2:09-CV-03546-MCE-JFM

1